YOUNG *v.* ROSSI.[1]

WILLARD *v.* SAME.

*(District Court, E. D. New York.* March 24, 1887.)

FALSE IMPRISONMENT—NO ESPECIAL LOSS—RECOVERY.

On the evidence, *held* that, as no loss resulted to the libelants from the admittedly wrongful detention on board defendant's vessel, $100 would be sufficient remuneration for the infringement of their personal rights.

In Admiralty.

*Goodrich, Deady & Goodrich,* for libelants.

*Butler, Stillman & Hubbard,* for respondent.

BENEDICT, J. These cases can be disposed of together. In each case the libelant seeks to recover of the defendant damages for false imprisonment. The wrongful detention of the men on board his vessel by the defendant is admitted. But it is not a case for large damages; no loss resulted to the libelants from their detention. If $100 be paid each libelant, a sufficient remuneration will be received for the infringement of their personal rights and any inconvenience to which they were put.

Let each libelant have a decree for $100, and his costs.